| | |
|---|---|
| David C. Radulescu PhD (*pro hac vice*)<br>  david@radip.com<br>Etai Lahav (*pro hac vice*)<br>  etai@radip.com<br>Jonathan Auerbach (*pro hac vice*)<br>  jonathan@radip.com<br>Bryon Wasserman (Bar No. 215681)<br>  bryon@radip.com<br>RADULESCU LLP<br>5 Penn. Plaza, 19th Floor<br>New York, NY 10001<br>bryon@radip.com<br>etai@radip.com<br>jonathan@radip.com<br>Telephone: (646) 502-5950<br><br>Kevin S. Kudlac<br>  kevin@radip.com<br>RADULESCU LLP<br>501 Congress Avenue, Suite 150<br>Austin, TX 78701<br>Phone: (512) 656-5743<br><br>Guy Ruttenberg<br>  guy@ruttenbergiplaw.com<br>RUTTENBERG IP LAW APC<br>1801 Century Park East, Ste. 1920<br>Los Angeles, CA 90067<br>Phone: (310) 627-2270<br><br>*Attorneys for Plaintiff Seoul Viosys Co., Ltd.* | SALIL BALI, Bar No. 263001<br>  sbali@stradlinglaw.com<br>STRADLING YOCCA<br>CARLSON & RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone:  949 725 4000<br><br>KAL K. SHAH (*pro hac vice*)<br>  kshah@beneschlaw.com<br>SIMEON PAPACOSTAS (*pro hac vice*)<br>  spapacostas@beneschlaw.com<br>BENESCH FRIEDLANDER<br>COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312-212-4949<br><br>ZIYONG SEAN LI, Bar No. 289696<br>  sli@beneschlaw.com<br>GREG PROCTOR, Bar No. 311214<br>  gproctor@beneschlaw.com<br>BENESCH FRIEDLANDER<br>COPLAN & ARONOFF LLP<br>100 Pine Street, Suite 3100<br>San Francisco, CA 94111<br>Telephone:  628.600.2250<br><br>*Attorneys for Defendant Feit Electric Company, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>             Plaintiff,<br><br>   vs.<br><br>FEIT ELECTRIC CO., INC.,<br><br>             Defendant. | CASE NO. 2:24-cv-04238-CV-AJR<br><br>Honorable Cynthia Valenzuela<br>Magistrate A. Joel Richlin<br><br>**JOINT MOTION FOR A TEMPORARY STAY OF LITIGATION PROCEEDINGS**<br><br>*FAC Filed: January 20, 2025* |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
AUSTIN

1    Plaintiff Seoul Viosys Co., Ltd. and Defendant Feit Electric Company, Inc.
2 respectfully and jointly request a thirty (30) day stay of this litigation. The Parties
3 have executed a non-binding term sheet and expression of intent to resolve the
4 various litigations pending between them, including this litigation. While the terms
5 of the Term Sheet are confidential, they require the Parties to jointly seek a 30-day
6 stay in this litigation to finalize a settlement agreement incorporating the terms of
7 the Term Sheet. The parties are optimistic that they will be able to work together in
8 good faith to reach a final agreement. Accordingly, the parties hereby jointly
9 request a stay of the present litigation for thirty (30) days in the interest of the
10 parties' and judicial efficiency while discussions continue toward reaching a final
11 settlement agreement.
12 ///
13 ///

| | | |
|---|---|---|
| DATED: March 27, 2025 | | STRADLING YOCCA CARLSON & RAUTH LLP |
| | By: | */s/ Salil Bali* <br> Salil Bali |
| DATED: March 27, 2025 | | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP |
| | By: | */s/ Kal K. Shah* <br> Kal K. Shah <br> Ziyong Sean Li <br> Gregory C. Proctor <br> Simeon G. Papacostas |

*Attorneys for Defendant*
*Feit Electric Company, Inc.*

| | | |
|---|---|---|
| DATED: March 27, 2025 | | RADULESCU LLP |
| | By: | */s/ Kevin S. Kudlac* <br> Kevin S. Kudlac |

*Attorneys for Plaintiff*
*Seoul Viosys Co., Ltd.*

| | | |
|---|---|---|
| DATED: March 27, 2025 | | RUTTENBERG IP LAW APC |
| | By: | */s/ Guy Ruttenberg* <br> Guy Ruttenberg |

*Attorneys for Plaintiff*
*Seoul Viosys Co., Ltd.*

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for the Plaintiff, and I have obtained their authorization to affix their electronic signatures to this document.

*/s/ Salil Bali*